to those the subject of *Rico Products Co. et al.* v. *United States* (44 Cust. Ct. 100, C.D. 2159), the claim of the plaintiffs was sustained.

**No. 66635.**—Impecco, Ltd. *v.* United States, protests 59/28399, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of fishing reels with two spools similar in all material respects to those the subject of *United States* v. *Charles Garcia & Co., Inc.* (48 C.C.P.A. 140, C.A.D. 780), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, MARCH 29, 1962

**No. 66636.**—A. V. Olsson Trading Co., Inc. *v.* United States, protests 61/14752, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 C.C.P.A. 78, C.A.D. 733), the claim of the plaintiff was sustained.

**No. 66637.**—Joseph H. Brown & Son *v.* United States, protests 59/31678, etc. (El Paso).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of horsemeat similar in all material respects to that the subject of Abstract 66197, the claim of the plaintiff was sustained.

**No. 66638.**—Joseph H. Brown & Son *v.* United States, protests 59/31686, etc. (El Paso).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of horsemeat, fresh or frozen, or horsemeat, decharacterized, similar in all material respects to that the subject of Abstract 66357, the claim of the plaintiff was sustained.